UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:07-cr-147 |
| | ) | |
| GARY LEBRON CLAY | ) | |

## ORDER OF REASSIGNMENT

It is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Harry S. Mattice, Jr., United States District Judge, for all further proceedings.

ENTER:

/s/
**CURTIS L. COLLIER, CHIEF**
**UNITED STATES DISTRICT JUDGE**