UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-CR-147 |
| v. ) | |
| ) | Judge Mattice |
| GARY L. CLAY ) | |

## **ORDER**

The Court **STRIKES** its Order [Court Doc. 118] dated January 19, 2012 setting a trial date in this case.

SO ORDERED this 20th day of January, 2012.

                                                  */s/Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE