**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 17, 2012

Ms. Debra Poplin
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

Re: Case No. 09-5568, *USA v. Gary Clay*
Originating Case No. : 07-00147-001

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc:  Mr. Zachary Charles Bolitho
      Gary L. Clay
      Mr. Steven H. Cook
      Mr. Christopher P. Keleher
      Mr. Christopher D. Poole
      Mr. Scott A. Winne

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 09-5568

---

Filed: May 17, 2012

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GARY L. CLAY

      Defendant - Appellant

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 04/19/2012 the mandate for this case hereby issues today.

COSTS:  None