UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-cr-147 |
| v. ) | |
| ) | Judge Mattice |
| GARY L. CLAY ) | |

## **ORDER**

The jury trial scheduled to begin in this case on June 19, 2012 is hereby **CANCELLED.** The Court will set a new trial date once it has made a ruling on the pending Motion to Withdraw From Further Representation of the Defendant [Court Doc. 123] filed on June 1, 2012.

SO ORDERED this 4th day of June, 2012.

                                                          *s/ Harry S. Mattice, Jr.*
                                                     HARRY S. MATTICE, JR.
                                                     UNITED STATES DISTRICT JUDGE