UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-cr-147 |
| v. ) | |
| ) | Judge Mattice |
| GARY L. CLAY ) | |

## ORDER

The trial of this case will be held before the United States District Judge and a twelve-person jury beginning on **Tuesday, August 14, 2012** in Chattanooga, Tennessee. Counsel shall be prepared to commence trial at **9:00 a.m.** on the date which has been assigned. If this case is not heard immediately, it will be held in line until the following day or any time during the week of the scheduled trial date. A final pretrial conference will be held immediately prior to the trial commencing at 9:00 a.m.

Plea bargaining shall be concluded by **Tuesday, July 31, 2012**, and any written agreement shall be executed by said date.

SO ORDERED this 18th day of June, 2012.

                                                 */s/Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                                 UNITED STATES DISTRICT JUDGE