UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-cr-147 |
| ) | |
| ) | Judge Mattice |
| GARY LEBRON CLAY ) | |

## ENDS OF JUSTICE SCHEDULING ORDER

The Court finds that the ends of justice served by permitting this time outweigh the best interests of the Defendant and the public in a speedy trial because failure to grant such time would deny Defendant's attorney the reasonable time necessary for effective preparation, taking into consideration the attorney's due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, the following new trial schedule is **ORDERED** for Defendant Gary Lebron Clay:

(1) A final pretrial conference shall be held before the United States District Judge at **9:00 a.m.** on **October 2, 2012**. Prior to the pretrial conference, the parties shall disclose to one another and to the Court the technology they intend to use in the courtroom during the trial and how they intend to use it (*e.g.*, display equipment, data storage, retrieval, or presentation devices). This disclosure shall list (1) the equipment the parties intend to bring into the courtroom to use and (2) the equipment supplied by the Court the parties intend to use. Further, the parties shall disclose to one another the content of their electronic or digital materials by the time of the final pretrial conference, and shall confirm the compatibility/viability of their planned use of technology with the Court's equipment by

the final pretrial conference. General information regarding equipment supplied by the Court is available on the Eastern District of Tennessee website (www.tned.uscourts.gov). Specific questions about Court-supplied equipment should be directed to the courtroom deputy (directory available on website).

(2) The trial of this case will be held before the United States District Judge and a twelve-person jury beginning on **Tuesday, October 2, 2012** in **Chattanooga, Tennessee**. Counsel shall be prepared to commence trial at **9:00 a.m.** on the date which has been assigned. If this case is not heard immediately, it will be held in line until the following day or any time during the week of the scheduled trial date.

SO ORDERED this 10th day of July, 2012.

*/s/Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE