UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:07-cr-147 |
| | ) | Mattice |
| v. | ) | |
| | ) | |
| GARY LEBRON CLAY | ) | |

# N O T I C E

The Court has been informed the defendant, his attorney, and the government have reached a plea agreement in this case. Therefore, **PLEASE TAKE NOTICE** that a rearraignment (change of plea) hearing is **SET** for **2:00 PM on Monday, September 17, 2012**, before the United States District Judge, United States Courthouse, Courtroom 1A, Chattanooga, Tennessee.

The final pretrial conference and jury trial set for October 2, 2012 are **CANCELLED.**

**If the parties have not already filed an agreed factual basis for the guilty plea, it must be filed no later than 12:00 p.m. on Friday, September 14, 2012.**

        HARRY S. MATTICE, JR.
        UNITED STATES DISTRICT JUDGE

        By:      /s/ Martha Corts
            Judicial Assistant to Judge Mattice
            423-752-5184

August 31, 2012

SERVICE COPIES TO:
    C. Eugene Shiles, Attorney for Defendant
    Christopher D. Poole, Assistant United States Attorney
    United States Marshal
    United States Probation Office