☑ REARRAIGNMENT

☐ WAIVER OF INDICTMENT/PLEA

Case No. 1-07-cr-147    USA v. Gary Lebron Clay

**PRESENT:** Honorable Harry S. Mattice, Jr.    ☑ U.S. District Judge   ☐ U.S. Magistrate Judge

| Chris Poole | C. Eugene Shiles | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant, | Probation Officer |

| Stefanie Capetz | Shannan Andrews | |
|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter(s) |

☐ SWORN

**PROCEEDINGS:** DEFENDANT(S)  ☑ SWORN

☐ Financial affidavit(s) executed
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☐ Waiver executed
☐ Deft waived reading of indictment/information
☑ Indictment ☐ Informtion read
☑ Defendant pleads guilty to Count(s) One
☑ Court finds deft competent to plead; plea voluntary
☑ Guilty plea accepted by Court; deft adjudged guilty
☑ Plea Agreement filed - - - - -    Agreement: ☐ sealed ☑ not sealed

**BOND**: ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond:_____

**SENTENCING**: 11/5/2012 at 9AM

**OTHER MATTERS**:

Supplement to plea agreement to be sealed

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Time: 2:00 to 2:05    Date: 9/17/2012
2:15     2:45

rev 3/10