UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-cr-147 |
| v. ) | |
| ) | Judge Mattice |
| GARY L. CLAY ) | |

## ORDER

Before the Court is the Government's Motion to Expedite Sentencing Hearing [Court Doc. 146]. Defense counsel for the Defendant does not oppose the motion.

For good cause shown, the Court **GRANTS** said Motion. The sentencing hearing for the above Defendant is **RESET** to **Thursday, October 25, 2012** at **11:00 a.m.**

**SO ORDERED** this 24th day of October, 2012.

　　　　　　　　　　　　　　　　　　　　／s／　*Harry S. Mattice, Jr.*
　　　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE